ORDERED.

Dated: May 20, 2016

Jerry A. Funk
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Gabriel J. Oti                                                                 Case No.: 3:12-bk-00317-JAF
Lissette V. Oti                                                                Chapter 11

　　　　Debtor(s).
_____/

**AGREED ORDER DENYING MOTION FOR RELIEF
FROM STAY AND APPROVING DEFICIENCY CURE (Doc. 239)
(Re: Class 2: 5327 Grovewood Court, St. Augustine, Florida)**

THIS CASE is before the Court upon the Motion for Relief from Stay (Doc. No. 239) filed by Wells Fargo Bank ("Movant"), on March 30, 2016. Counsel for the Debtors-in-Possession and Wells Fargo Bank have agreed to the court's entry of an order containing the following terms. Accordingly, it is:

**ORDERED:**

1. The Motion for Relief from Stay is conditionally denied on the terms set forth below.

2. The Automatic Stay imposed by 11 U.S.C. § 362 remains in place as to Movant on the following property:

   **Lots 53 of Saint Johns Six Mile Creek North Unit 6, Parcels 27,28,29, and 31, according to the plat thereof as recorded in Map 54 Page(s) 35 through 42, of the Public Records of St. Johns County, Florida.**

   **a/k/a 5327 Grovewood Court, St. Augustine, Florida 32092.**

1

3. The Debtors shall timely make the ongoing regular monthly payments in the amount of $1,767.14 and in addition, shall cure the deficiency of $41,152.11 over a 60 month period beginning June 1, 2016 in equal monthly payments of $685.87.

4. In the event of a default by the Debtors in any payment due to Wells Fargo Bank under the terms of this Order, Wells Fargo Bank shall be entitled to the entry of an order granting it relief from the automatic stay on an ex parte basis without further hearing by the court upon the filing by Wells Fargo Bank of an affidavit of default and upon the failure of the Debtors to file a counter-affidavit within 72 hours of Wells Fargo filing its affidavit of default showing that the required payment was made.

5. If relief from stay is granted, then the 14 day stay of the order pursuant to Bankruptcy Rule 4001(a)(3) is waived so that Wells Fargo Bank can immediately proceed with its In Rem remedies.

Attorney Scott Weiss is directed to serve a copy of this order on interested parties and to file a certificate of service within three days of the order.