**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**www.flmb.sucourts.gov**

In re:

                                                                                      Case No.: 3:12-bk-00317-JAF
                                                                                                 Chapter 11

**GABRIEL J. OTI** and
**LISSETTE V. OTI**,

    Debtor.
_____/

## NOTICE OF FILING OF AFFIDAVIT OF DEFAULT

**PLEASE TAKE NOTICE** that Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF IGLOO SERIES III TRUST,** by and through its undersigned attorneys, hereby files this Notice of Filing of Affidavit of Default.

**Dated this 22nd day of August, 2018.**

                                                                                       Respectfully submitted,

                                                                                       **GHIDOTTI | BERGER, LLC**
                                                                                        *Attorneys for Secured Creditor*
                                                                                        3050 Biscayne Blvd. - Suite 402
                                                                                        Miami, Florida 33137
                                                                                        Telephone: (305) 501.2808
                                                                                        Facsimile: (954) 780.5578

                                                                                        By:  /s/ Chase A. Berger
                                                                                           Chase A. Berger, Esq.
                                                                                           Florida Bar No. 083794
                                                                                           cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 22, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Gabriel J. Oti**
5327 Grovewood Court
Saint Augustine, FL 32092

*Joint Debtor*
**Lissette V. Oti**
5327 Grovewood Court
Saint Augustine, FL 32092

*Debtor's Co-Counsel*
**Jason A. Burgess, Esq.**
1855 Mayport Road
Atlantic Beach, FL 32233

*Debtor's Co-Counsel*
**James Hatfield, Esq.**
104 Sea Grove Main St
Saint Augustine, FL 32080

*Debtor's Co-Counsel*
**Angela M. Scott, Esq.**
1855 Mayport Road
Atlantic Beach, FL 3223

*U.S. Trustee*
**United States Trustee - JAX 11**
**c/o Elena L. Escamilla, Esq.**
Office of the United States Trustee
George C Young Federal Building
400 W. Washington Street, Suite 1100
Orlando, FL 32801

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE BEACH DIVISION
www.flmb.uscourts.gov

In re:

                                                                            Chapter 11
                                                      Case No.: 3:12-bk-00317-JAF

GABRIEL J. OTI and
LISSETTE V. OTI,

      Debtors.
_____/

**AFFIDAVIT OF DEFAULT**
*(Re: Class 2: 5327 Grovewood Court, St. Augustine, FL 32092)*

STATE OF California      )
                                ) ss.:
COUNTY OF Orange        )

BEFORE ME, the undersigned authority duly authorized to administer oaths and to take testimony, personally appeared Raymond Valderrama who, being first duly sworn, deposes and says that:

1.      My name is Raymond Valderrama. I am over the age of eighteen (18) years and otherwise competent to execute this Affidavit.

2.      I am the BK Supervisor of Secured Creditor, BSI Financial Services, as Servicing Agent for U.S. Bank Trust National Association, as Trustee of Igloo Series III Trust (the "Secured Creditor").

3.      I have knowledge and/or access to the business records and the facts and information contained in this Affidavit and I have become familiar with the manner and method in which Secured Creditor maintains it books and records in its regular course of business. Those books and records are managed by employees and agents whose duty is to keep books and

records accurately and completely and to record each event or item at or neat the time of the event or item so noted.

4.   Secured Creditor retain counsel to represent it before the Court and is incurring legal expenses and attorneys' fees for handling of the Motion for Relief From Stay [D.E. 239) and the Agreed Order Denying Motion for Relief From Stay and Approving Deficiency Cure entered on May 20, 2016 [D.E. 243] (the "Agreed Order").

5.   The Debtors are not in compliance with the Agreed Order.

6.   Specifically, the Debtors are in default by failing to remit to Secured Creditor the (i) on-going mortgage payments in the amount of $1,767.14 due from February 1, 2018 as well as all subsequent payments thereafter for each and Adequate Protection Payments in the amount of $685.87 from March 1, 2018 as well as all subsequent payments thereafter.

7.   As of the date of execution of this Affidavit, the Debtors are in default in the total amount $16,485.20 *(on-going payments due of $1,767.14 each for February 1, 2018 through August 2018 and APO payments each for March 1, 2018 through August 2018 )*.

8.   I have reviewed the books and records which reveal that the Debtors are the owners and holders of the real estate property commonly described as *5327 Grovewood Court, St. Augustine, FL 32092.*

9.   The foregoing facts are of my own personal knowledge and belief, and if call upon to appear as a witness, I could, and would testify completely thereto.

/

/

/

/

10. I declare under penalty of perjury that to the best of my knowledge; the foregoing facts are true and correct.

**FURTHER AFFIANT SAYETH NAUGHT**

**BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF IGLOO SERIES III TRUST**

By: [signature]

Its: BK SUPERVISOR

**SWORN** to and **SUBSCRIBED** before me the _____ day of _____, 2018.

_____

NOTARY PUBLIC, State of _____ at Large

_____

Print, Type or Stamp Name of Notary Public

Personally known or produced _____ as identification.

*See attached*

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Orange

Subscribed and sworn to (or affirmed) before me on this 4 day of August, 20 18, by Raymond Valderrama

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

BRITTANY BRENES
Notary Public - California
Orange County
Commission # 2169041
My Comm. Expires Oct 22, 2020

(Seal)            Signature