**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourts.gov

In re:

**GABRIEL J. OTI** and
**LISSETTE V. OTI**,

    Debtors.
_____/

Case No.: 3:12-bk-00317-JAF
Chapter 11

**NOTICE OF HEARING**

**NOTICE IS HERBY GIVEN** that a hearing has been scheduled for **October 16, 2018 at 10:30 a.m.** in Courtroom 4D at Bryan Simpson United States Courthouse, 300 North Hogan Street, 4th Floor, Jacksonville, Florida, to consider the following:

**NOTICE OF FILING - AFFIDAVIT OF DEFAULT RE: AGREED ORDER DENYING MOTION FOR RELIEF FROM STAY AND APPROVING DEFICIENCY CURE FILED BY CHASE A BERGER ON BEHALF OF CREDITOR BSI FINANCIAL SERVICES** [D.E. 265]

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)**

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

                                              By:    /s/ Chase A. Berger
                                                        Chase A. Berger, Esq.

*Case No.: 8:17-bk-06108-CPM*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Gabriel J. Oti**
5327 Grovewood Court
Saint Augustine, FL 32092

*Joint Debtor*
**Lissette V. Oti**
5327 Grovewood Court
Saint Augustine, FL 32092

*Debtor's Co-Counsel*
**Jason A. Burgess, Esq.**
1855 Mayport Road
Atlantic Beach, FL 32233

*Debtor's Co-Counsel*
**James Hatfield, Esq.**
104 Sea Grove Main St
Saint Augustine, FL 32080

*Debtor's Co-Counsel*
**Angela M. Scott, Esq.**
1855 Mayport Road
Atlantic Beach, FL 3223

*U.S. Trustee*
**United States Trustee - JAX 11**
**c/o Elena L. Escamilla, Esq.**
Office of the United States Trustee
George C Young Federal Building
400 W. Washington Street, Suite 1100
Orlando, FL 32801

By:    /s/ Chase A. Berger
           Chase A. Berger, Esq.